Timothy E. Warriner (SB#166128)
Attorney at Law
660 J Street, Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Michael Bolden

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-11-0054 GEB |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME TO FILE RELEASE DOCUMENTS |
| vs. | |
| MICHAEL BOLDEN, | |
| Defendant. | |

On September 19, 2011, Mr. Bolden was ordered released on a $150,000 bond partially secured by two pieces of real property. One of the properties is located in Sacramento, California, and the other in Virginia Beach, Virginia. Counsel has ordered the Policy of Insurance for Recorded Title (PIRT) for the Sacramento property and is arranging for a title search, title insurance, and appraisal for the Virginia property through Fidelity Title in Virginia Beach. In part because the property is out of state, counsel requests additional time to complete the release bond documents. Counsel was preparing for trial in *United States* v. *Conner* (10-0036) until the defendant unexpectedly pled guilty before jury selection on October 4. Counsel is now preparing for a state court murder trial to begin in November. Counsel requests that the time to file the release bond documents be extended to October 31, 2011. AUSA Matthew Segal stipulates that time be extended to October 31.

1

DATED: October 10, 2011        /s/ Timothy E. Warriner, Attorney for defendant, Michael Bolden

DATED: October 10, 2011        /s/ Matthew D. Segal, Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties, the defense shall have until October 31, 2011 in which to file release bond documents in accordance with the release order.

DATED: October 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE