Timothy E. Warriner (SB#166128)
Attorney at Law
660 J Street, Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Michael Bolden

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL BOLDEN,<br><br>　　　　　Defendant. | Case No. CR-S-11-0054 GEB<br><br>STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE RELEASE DOCUMENTS |

On September 19, 2011, Mr. Bolden was ordered released on a $150,000 bond partially secured by two pieces of real property. One of the properties is located in Sacramento, California, and the other in Virginia Beach, Virginia. Defense counsel has lodged the completed bond documents relating to the Sacramento property with the court. However, due to the peculiarities of the Virginia property system, and the geographic distance, more time continues to be needed to complete the bond materials concerning the Virginia property. Counsel requests that the time to file the release bond documents be extended to November 14, 2011. The defendant understands that the government will oppose any further continuances. AUSA Matthew Segal stipulates that time be extended to November 14.

DATED: November 1, 2011　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　defendant, Michael Bolden

1

DATED: November 1, 2011                    /s/ Matthew D. Segal, Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties, the defense shall have until November 14, 2011 in which to file release bond documents in accordance with the release order.

DATED: November 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE