BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VICTOR ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-11-054 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO AMEND VICTOR ALVARADO'S CONDITIONS OF RELEASE |
| v. | ) | |
| MICHAEL BOLDEN, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant Victor Alvarado, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Matthew Segal, that Mr. Alvarado's conditions of release shall be amended to allow him to travel to the Northern District of California as well as the Eastern District of California.

The reason for the amendment of the conditions of release is that Mr. Alvarado has a need to travel to the Northern District for his employment. Mr. Segal has authorized Mr. Locke to sign this stipulation for him.

DATED: March 12, 2012        /S/ Bruce Locke
                              BRUCE LOCKE
                              Attorney for Victor Alvarado

DATED: March 12, 2012        /S/ Bruce Locke
                              For MATT SEGAL
                              Attorney for the United States

1

IT IS SO ORDERED.

Dated: March 14, 2012

GARLAND E. BURRELL, JR.
United States District Judge