HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER JACKSON,<br><br>  Defendants.<br>_____ | NO. 2:11-cr-0054-TLN<br><br>STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS<br>(to change surety)<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Carolyn K. Delaney |

CHRISTOPHER JACKSON, by and through his attorney, DOUGLAS BEEVERS, Assistant Federal Defender, and the United States by Assistant Attorney Matthew Segal stipulate that the release conditions in the above caption case be modified to permit change in sureties.

Mr. Jackson was released originally on November 15, 2010 by the Honorable Gregory H. Hollows, over the Government's objection to the third party custody of his sister Yvette Glover without any bond condition for two days. On November 17, 2010, Judge Hollows released Mr. Jackson (without Government objection) on $100,000 bond which was secured by $50,000 in real estate equity by his parents and an unsecured bond of $50,000 co-signed by Mr. Jackson's sister Yvette Glover and Wendy Rose. The parties request that Ms. Glover be relieved from the bond condition and responsibilities and that Mr. Jackson move out of her property. Mr. Jackson's parents and Wendy Rose have agreed to sign larger bond to make up the difference. Wendy Rose is the mother of Mr. Jackson's child, and she is employed by the state of California. Mr. Jackson's parents own a home in Sacramento and a lien for the $50,000 in equity has been posted.

According to zillow, the home still has sufficient equity to cover the $50,000 bond. Ms. Rose is employed.

The parties request that the release conditions be modified to allow release on condition that Wendy Rose sign an unsecured bond of $50,000, and that Mr. Jackson's release conditions be modified to order that he change his residence by May 10, 2013 at 9:00 a.m. All other conditions are to remain in effect.

Dated: May 8, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER JACKSON

Dated: May 8, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew Segal
MATTHEW SEGAL
Assistant U.S. Attorney

**Order**

The matter coming before the Court on the stipulation of the parties to modify the conditions of release, and it appearing that the proposed release conditions are reasonable. It is ordered that the release conditions for Christopher Jackson are modified to allow release subject to the original conditions with the following modifications.

1. Wendy Rose to sign as unsecured surety for $50,000;

2. Yvette Glover will be released as surety as soon as the unsecured bond signed by Wendy Rose is filed with the Court; and

3. Christopher Jackson is ordered to change his residence to an address approved by his probation officer by May 10, 2013 at 9:00 a.m.

Dated: May 9, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE