| | |
|---|---|
| 1 | Michael E. Hansen |
| | Attorney at Law, SBN 191737 |
| 2 | 711 Ninth Street, Suite 100 |
| | Sacramento, CA 95814 |
| 3 | 916.438.7711 FAX 916.864.1359 |
| 4 | Attorney for Defendant |
| | MICHAEL BOLDEN |
| 5 | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00054-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO ADVANCE TRIAL CONFIRMATION HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| CHRISTOPHER JACKSON, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Segal and Jared Dolan, Assistant United States Attorneys, attorneys for plaintiff; Douglas Beevers, attorney for defendant Christopher Jackson; Michael Hansen, attorney for defendant Michael Bolden; Clyde Blackmon, attorney for defendant Victor Alvarado; Michael Chastaine, attorney for defendant Erica Arceo; and J Toney, attorney for Nicholo Arceo, that the previously-scheduled trial confirmation hearing date of December 19, 2013, be vacated and the matter set for trial confirmation hearing on December 12, 2013, at 9:30 a.m.

This continuance is requested to allow counsel adequate time to prepare pretrial motions, and to accommodate attorneys' schedules.

The Government concurs with this request.

Time was previously excluded to January 13, 2014, pursuant to Local Codes T2 and T4.

1

**Stipulation and Order to Advance Trial Confirmation Hearing**

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 10, 2013            Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MICHAEL BOLDEN

Dated: October 10, 2013            HEATHER E. WILLIAMS
Federal Defender

By: /s/ Michael E. Hansen for
DOUGLAS BEEVERS
Attorney for Defendant
CHRISTOPHER JACKSON

Dated: October 10, 2013            /s/ Michael E. Hansen for
CLYDE BLACKMON
Attorney for Defendant
VICTOR ALVARADO

Dated: October 10, 2013            /s/ Michael E. Hansen for
MICHAEL CHASTAINE
Attorney for Defendant
ERICA ARCEO

Dated: October 10, 2013            /s/ Michael E. Hansen for
J TONEY
Attorney for Defendant
NICHOLO ARCEO

Dated: October 10, 2013            BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
MATTHEW SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

By: /s/ Michael E. Hansen for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

/ /

/ /

/ /

/ /

/ /

# ORDER

Time having been previously excluded to January 13, 2014 (trial date), the Court orders that the December 19, 2013, trial confirmation hearing shall be advanced to December 12, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: October 11, 2013

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order to Advance Trial Confirmation Hearing**