| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | CHRISTOPHER JACKSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-CR-00054 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO MODIFY CONDITIONS OF RELEASE |
| v. | ) | |
| | ) | |
| CHRISTOPHER JACKSON, | ) | DATE: |
| | ) | TIME: |
| Defendant. | ) | JUDGE: Hon. Troy L. Nunley |
| | ) | |

CHRISTOPHER JACKSON, by and through his attorney, DOUGLAS BEEVERS, Assistant Federal Defender; moves to modify the defendant's conditions of release BY ADDING the following:

    13.    You shall submit to drug or alcohol testing as approved by the pretrial services officer;

As grounds for this request, the parties report that these conditions were imposed in 2011 but were removed from Defendant's conditions after a period of successful compliance. The parties agree that the conditions should be re-imposed to ensure successful compliance with the pretrial conditions during the pendency of the case, and the U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

*U.S. v. Jackson*
Stipulation and Order

-1-

| | | |
|---|---|---|
| Dated: November 22, 2013 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTOPHER JACKSON |
| Dated: November 22, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Matthew Segal*<br>MATTHEW SEGAL<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

UPON GOOD CAUSE SHOWN and that there is no objection, it is ordered that as to defendant CHRISTOPHER JACKSON's Special Conditions of Release, Special Condition 13 is added.

**IT IS SO ORDERED.**

**Dated: November 22, 2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE